_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 16, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: ) Case No.: 23-15490-abl
)
JAMPA KHAMWONGWAN, ) Chapter 13
)
Debtor. )
) Hearing Date: January 10, 2024
) Hearing Time: 9:30 a.m.
)
)

**ORDER DENYING MOTION TO CONTINUE STAY**

On January 10, 2024, the court conducted a hearing, on shortened time, regarding a Motion for Continuation of Automatic Stay to All Creditors ("Motion").[1] The Motion was filed on behalf of Jampa Khamwongwan ("Debtor").

At the January 10, 2024 hearing, attorney Matthew Knepper appeared telephonically on behalf of the Debtor. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on January 10, 2024, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52, made applicable in this contested matter pursuant to Fed. R. Bankr. P. 9014(a) and (c) and 7052.

---

[1] ECF No. 11. In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

### #